PHILIP A. TALBERT
United States Attorney
ANGELA SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
SEP. 14 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NOEL CARTER, <br><br> Defendant. | CASE NO. 1:17 CR 00215 DAD BAM <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on September 14, 2017, charging the above defendant with a violation of 21 U.S.C. §§ 846 & 841(a)(1) [Count 1] – Conspiracy To Distribute And Possess With The Intent To Distribute Methamphetamine And Marihuana; 21 U.S.C. § 841(a)(1) [Counts 2 And 3] – Possession With The Intent To Distribute Methamphetamine; and a Criminal Forfeiture count, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of

Motion to Seal Indictment 1

the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: September 14, 2017

Respectfully submitted,

PHILIP A. TALBERT
United States Attorney

By   /s/ Angela Scott
ANGELA SCOTT
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: September 14, 2017

~~SHEILA K. OBERTO~~ ERICA P. GROSJEAN
U.S. Magistrate Judge