PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6149
Facsimile: (661) 489-6151
Email:    angela.scott3@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED

SEP 21 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:17-CR-00215-DAD-BAM |
| Plaintiff, | ~~PROPOSED~~ ORDER |
| v. | |
| NOEL CARTER, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, hereby ordered unsealed.

DATED: September 21, 2017

_____
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE