```
STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
192 North 11th
Grover Beach, CA 93433
Tel: 805-458-6312
Fax: 805-489-2001


Attorney for Defendant
         Noel Carter
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>NOEL CARTER,<br><br>  Defendant. | Case No. 1:17CR00215 LJO SKO<br><br>REQUEST FOR DEFENDANT TO ATTEND DAUGHTER'S HIGH SCHOOL HOMECOMING and ORDER THEREON<br><br>Judge: Honorable Sheila K. Oberto |

TO: THE HONORABLE SHEILA K. OBERTO, Federal Magistrate Judge, Eastern District of California.

　　Defendant NOEL CARTER, by and through his attorney Steven L. Crawford, requests the court to permit Mr. Carter to attend his high school daughter's homecoming ceremonies on October 6, 2017 form the hour of 6:30 pm to 9:30 pm.

　　Mr. Carter's daughter is an honor role student with a G.P.A. of 4.71 at BCHS in Bakersfield, California. Mr. Carter's daughter was nominated for homecoming queen for the high school she attends. Mr. Carter is requesting permission to attend the homecoming ceremonies in which his daughter is participating.

Mr. Carter's wife and mother (Both of which are his custodians) will accompany him to the ceremony and he is willing to return home following the half time ceremonies involving his daughter. He is estimating that he will be home between 9:00 p.m. and 10:00 p.m. on the date of the ceremony.

Pretrial services has been notified of this request and indicated they would not be opposed because both custodians would be present for the event.

Respectfully submitted,

/S/ Steven L. Crawford
STEVEN L. CRAWFORD, Attorney for
NOEL CARTER

**ORDER**

IT IS SO ORDERED.

Dated: **October 4, 2017**        /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

- 2 -