1  PHILLIP A. TALBERT
   United States Attorney
2  BRIAN K. DELANEY
   ANGELA L. SCOTT
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-215 LJO-SKO |
|---|---|
| Plaintiff, | ORDER REGARDING GOVERNMENT'S DISCLOSURE OF SENSITIVE MATERIALS AND PERSONAL IDENTIFICATION INFORMATION |
| v. | |
| NOEL CARTER, | |
| Defendant. | |

The Court has received and considered the jointly-filed Stipulation Regarding Disclosure of Sensitive Materials and Personal Identifying Information between Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant NOEL CARTER, by and through his counsel of record, Steven Crawford.

1. The government has represented that the voluminous discovery materials in this case (the "Discovery Material") contain information, the disclosure of which could jeopardize the safety of witnesses or other persons or affect the confidentiality of ongoing investigations ("Sensitive Materials").

2. Based on the stipulation by the parties, the it is HEREBY ORDERED:

    a. Defense counsel shall not distribute the Discovery Material in this case to

1 anyone other than his own legal staff (including paralegal assistants, legal secretaries, defense investigators, and lawyer-associates) and defendant;

      b.      Defense counsel shall not allow anyone other than himself to possess, or maintain possession of, any of the Discovery Material in this case outside the confines of defense counsel's office;

      c.      Defendant shall not distribute the Discovery Material to anyone;

      d.      Defense counsel and defendant may not disclose the contents of any Discovery Material publicly, including in any court filing, without first conferring with government counsel. If during these communications, the government informs defense counsel that the Discovery Material contains Sensitive Materials, then defense counsel shall file the Discovery Material under seal.

3. The parties must confer before filing any motions regarding the government's disclosure (or lack of disclosure) of Discovery Material.

4. The government will clearly mark all Discovery Material produced in this case with a reference to the case (e.g., "Carter") and Bates numbers.

5. This Order shall apply to Discovery Material produced in this case, including any Discovery Material produced after entry of this Order.

6. The evidence in this matter also includes personal identification information for others, including but not limited to names, addresses, dates of birth, social security numbers, tax-related documents, and bank account numbers (collectively "personal information").

7. This personal information is found throughout the discovery in this case, which includes, among other records, thousands of pages of records from banks, other financial institutions, businesses and police departments.

8. Only defense counsel, defense counsel's agents, and the defendant may review the unredacted personal information contained in the discovery. Defense counsel, defense counsel's agents and defendant may only use the unredacted personal information or any portion thereof for the specific purpose of preparing or presenting a defense in this matter and for no

other purpose.

9. Only defense counsel and defense counsel's agents may make copies of any discovery containing unredacted personal information; the defendant may make copies for his own use only of any discovery containing unredacted personal information that has been provided to him by his defense counsel or his defense counsel's agents, and may not release any such copies to any third party.

10. At the conclusion of this matter, defense counsel will collect and destroy any and all copies of documents and portions thereof containing the personal information that defense counsel possesses and/or has made and distributed to his agents and/or defendant, except a copy set as necessary to maintain in defense counsel's case file.

11. This Order shall apply to unredacted personal information contained in all discovery produced in this case, including any discovery produced after entry of this Order.

IT IS SO ORDERED.

Dated: **October 10, 2017**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE