```
STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
192 North 11th
Grover Beach, CA 93433
Tel: 805-458-6312
Fax: 805-489-2001


Attorney for Defendant
         Noel Carter
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:17CR00215 LJO SKO |
| Plaintiff, | ) |
| vs. | ) REQUEST FOR DEFENDANT TO ATTEND |
| | ) DAUGHTER'S SOCCER GAMES; ORDER |
| NOEL CARTER, | ) |
| Defendant. | ) Judge: Honorable BARBARA A. |
| | ) MCAULIFFE |

TO: THE HONORABLE BARBARA A. MCAULIFFE, Federal Magistrate Judge, Eastern District of California.

    Defendant NOEL CARTER, by and through his attorney Steven L. Crawford, requests the court to permit Mr. Carter to attend his high school daughter's soccer matches.

    Mr. Carter's daughter is an honor role student with a G.P.A. of 4.71 at BCHS in Bakersfield, California. She is the captain of the high school varsity soccer team and this is her last year playing HS soccer. The soccer matches are usually two days a week for approximately 2 hours. Mr. Carter is requesting permission to attend the soccer matches in which his daughter is

participating. Mr. Carter's wife (one of his custodians) plans on attending those matches as well.

Pretrial services has been notified of this request and indicated they would not be opposed to this request.

Respectfully submitted,

        /S/ Steven L. Crawford
STEVEN L. CRAWFORD, Attorney for NOEL CARTER

ORDER

Having received no opposition to the request,

IT IS SO ORDERED.

Dated: **December 6, 2017**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

- 2 -