# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
FEB 21 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

| | )
|---|---|
| **United States of America** | ) |
| vs. | ) Case No. 1:17-CR-00215-LJO-SKO |
| Noel Carter | ) |
| | ) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Noel Carter___, have discussed with ___Ryan Beckwith___, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the HOME DETENTION component of the Location Monitoring Program be replaced with the CURFEW component which will require the defendant to be restricted to his residence every day from 10:00 PM to 6:00 AM or as adjusted by the pretrial services officer for medical, religious services, employment or court ordered obligations.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  2/1/18        _____  2·15·18
Signature of Defendant    Date          Pretrial Services Officer Services  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                                      2-15-18
Signature of Assistant United States Attorney                Date
Brian K. Delaney

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                      2/2/18
Signature of Defense Counsel                                 Date
Steven Leon Crawford

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___2/21/18___.
☐ The above modification of conditions of release is *not* ordered.

_____                                      2/21/18
Signature of Judicial Officer                                Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services