STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
192 North 11th
Grover Beach, CA 93433
Tel: 805-458-6312
Fax: 805-489-2001

Attorney for Defendant
        Noel Carter

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17CR00215 LJO BAM |
| Plaintiff, | |
| vs. | STIPULATION AND PROPOSED ORDER SETTING CHANGE OF PLEA AND VACATING OCTOBER 1, 2018 STATUS HEARING |
| NOEL CARTER, | |
| Defendant. | |
| | Judge: Honorable BARBARA A. MCAULIFFE |

TO: THE HONORABLE BARBARA A. MCAULIFFE, Federal Magistrate Judge, Eastern District of California.

   IT IS HEREBY STIPULATED by and between the parties in this action that the status hearing currently set for October 1, 2018 at 1:00 pm be vacated and a change of plea hearing be set on October 22, 2018 at 10:00 am before the Honorable Lawrence J. O'Neill. Judge O'Neill's courtroom deputy has already been notified of the date and time of the plea and approved of the setting of this matter on that date.

- 1

I believe that time has been waived in this matter but out of an abundance of caution, the defendant, Noel Carter, hereby waives time up to and including the change of plea date of October 22, 2018.

Respectfully submitted,

    /S/ Steven L. Crawford
STEVEN L. CRAWFORD, Attorney for NOEL CARTER

    /s/ Brian K. Delaney
BRIAN K. DELANEY, Assistant United States Attorney

IT IS SO ORDERED.

Dated: **September 25, 2018**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE