STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
192 North 11th
Grover Beach, CA 93433
Tel: 805-458-6312
Fax: 805-489-2001

Attorney for Defendant
          Noel Carter

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>NOEL CARTER,<br><br>          Defendant. | Case No. 1:17CR00215 LJO<br><br>STIPULATION AND ORDER CHANGING SENTENCING DATE AND RELATED PSR DATES<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

TO: THE HONORABLE LAWRENCE J. O'NEILL, Presiding Justice, Eastern District of California.

　　IT IS HEREBY STIPULATED by and between the parties in this action that the current dates set for the PSR to be distributed to counsel, the informal objections, formal objections and the sentencing hearing currently set in this case be vacated and changed to the following:

-PSR to counsel—December 24, 2018;

-Informal objections due—January 7, 2019;

-Formal objections due January 18, 2019; and

- 1

-Sentencing set for February 4, 2019 at 10:00 a.m. or as soon thereafter as is convenient for the court.

This stipulation is needed based on the defendant being moved immediately before the PSR interview was to take place. Counsel as well as the presentence officer were unaware of the late move and went to meet for the interview in the Fresno County Jail only to find Mr. Carter had been moved to Lerdo Detention Facility. The presentence officer came down from Sacramento and defense counsel came to Fresno to meet only to be told he had recently been moved. Counsel had checked the days prior to the meeting and defendant was still in the Fresno County jail. In addition, the presentence officer has a prescheduled and mandatory use it or lose it vacation time in December and so this continuance is needed.

I believe that time has been waived in this matter but out of an abundance of caution, the defendant, Noel Carter, hereby waives time for sentencing up to and including the new date of February 4, 2019.

Respectfully submitted,

                                          /S/ Steven L. Crawford
                              STEVEN L. CRAWFORD, Attorney for
                              NOEL CARTER

                                          /s/ Brian K. Delaney
                              BRIAN K. DELANEY, Assistant United
                              States Attorney

IT IS SO ORDERED.

   Dated: **November 16, 2018**           **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES CHIEF DISTRICT JUDGE