McGREGOR W. SCOTT
United States Attorney
BRIAN K. DELANEY
ANGELA L. SCOTT
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00215-LJO-SKO |
|---|---|
| Plaintiff, | APPLICATION AND ORDER FOR MONEY JUDGMENT |
| v. | |
| NOEL CARTER, | |
| Defendant. | |

On October 22, 2018, defendant Noel Carter entered a guilty plea to Count One – Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine and Marihuana in violation of 21 U.S.C. §§ 846 and 841(a)(1) of the Superseding Indictment.

As part of his plea agreement with the United States, defendant Noel Carter agreed to forfeit voluntarily and immediately up to $286,251.00, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which represents the total amount of proceeds the defendant obtained as a result of violations of 21 U.S.C. §§ 846 and 841(a)(1), to which he has pled guilty. See Defendant Carter's Plea Agreement ¶ II.E. Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 21 U.S.C. § 853(a) and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Noel Carter in the amount of $286,251.00.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Noel Carter's conviction for violating 21 U.S.C. §§ 846 and 841(a)(1) (Count One). Said amount

APPLICATION AND ORDER FOR MONEY JUDGMENT      1

represents the total amount of proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

Date: December 11, 2018         McGREGOR W. SCOTT
                                United States Attorney


                                 /s/ Brian K. Delaney
                                BRIAN K. DELANEY
                                ANGELA L. SCOTT
                                Assistant U.S. Attorneys

## **O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Noel Carter in the amount of $286,251.00. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated:   **December 11, 2018**          **/s/ Lawrence J. O'Neill**
                                UNITED STATES CHIEF DISTRICT JUDGE