STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
P.O. Box 553
Grover Beach, CA 93483
Tel: (805)458-6312
slcrawfordlaw@gmail.com

Attorney for Defendant
         NOEL CARTER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17CR00215 |
| Plaintiff, | |
| vs. | MOTION TO EXONERATE BOND And ORDER. |
| NOEL CARTER, | |
| Defendant. | |

On September 21, 2017, Defendant's, wife Lorraine Carter, posted a $1,000.00 bond on behalf of Defendant NOEL CARTER. The defense is requesting this Court to exonerate the bond as this case is completed and Mr. Carter has been sentenced.

June 9, 2022

/Steven L. Crawford/
STEVEN L. CRAWFORD, Attorney
for Defendant Noel Carter

IT IS SO ORDERED.

Dated: **June 12, 2022**

_/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

- 1